IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA CRISTINA SURA ROMERO | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-02853-O |
| | § | |
| JOSH JOHNSON | § | |
| | § | |
| Defendant. | § | |

## ORDER

Petitioner filed a Writ of Habeas Corpus on October 20, 2025 (ECF No. 1). In order to resolve the issues presented by Petitioner expeditiously, the Court **ORDERS** Petitioner to provide notice to the government no later than **November 17, 2025**. The Court further **ORDERS** Petitioner to confer with the Government and agree on a briefing schedule to resolve the issues. The Parties are to file a joint notice outlining the agreed briefing schedule no later than **December 5, 2025**.

**SO ORDERED** on this **November 12, 2025.**

_Reed O'Connor_
**CHIEF UNITED STATES DISTRICT JUDGE**