**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MARIA CRISTINA SURA ROMERO** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.  3:25-CV-02853-O** |
| | § | |
| **JOSH JOHNSON et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**<u>ORDER</u>**

On December 22, 2026, the Court entered an order denying Petitioner's Writ of Habeas Corpus and Temporary Restraining Order and requesting plaintiff to show cause (ECF No. 21). The Court declines to issue sanctions.  The Court **ORDERS** the Parties to meet and confer and submit a joint status report regarding how this case should proceed **no later than January 23, 2026**.

**SO ORDERED** on this **13th day** of **January, 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**